# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BLEU COPAS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:17-CV-1447 |
| ) | |
| BILL HASLAM, in his official capacity as ) | |
| GOVERNOR OF THE STATE OF TENNESSEE, ) | |
|     Defendant. ) | |

## DEFENDANT'S MOTION TO DISMISS CORRECTED COMPLAINT

Defendant Bill Haslam, in his Official Capacity as Governor of the State of Tennessee, and pursuant to Fed. R. Civ. P. 12(b)(6) and L.R. 7.01, moves to dismiss the Corrected Complaint on the grounds that Plaintiff lacks standing and Plaintiff fails to show an adequate basis for equitable relief. In support for this Motion, Defendant contends that all Plaintiff has alleged is possible future injury, which is speculative and thus is not sufficient to show standing. Plaintiff has also failed to demonstrate a real or immediate threat, and thus cannot show that he is entitled to equitable relief.

Defendant relies on the contemporaneously filed Memorandum in Support of Motion to Dismiss Corrected Complaint.

1

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

S/Dawn Jordan
DAWN JORDAN, BPR 20383
STEPHANIE BERGMEYER, BPR 27096
Office of Tennessee Attorney General
Civil Justice Section
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 532-2500

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Defendants' Motion To Dismiss has been filed electronically and may be accessed through the Court's electronic filing system. The following will receive a copy through the Court's electronic filing system:

Keith Edmiston
Edmiston Birdwell
7031 Middlebrook Pike
Knoxville, TN 37909

Christopher W. Cardwell
Mary Taylor Gallagher
Gullett, Sanford, Robinson & Martin
150 Third Avenue South, Suite 1700
Nashville, TN 37201

on this 22nd day of December, 2017.

S/Dawn Jordan