# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BLEU COPAS, | ) |
|     Plaintiff, | ) |
| v. | )    Case No.: 3:17-cv-01447 |
| BILL HASLAM, in his official capacity as GOVERNOR OF THE STATE OF TENNESSEEE | ) |
|     Defendant. | ) |

## AMENDED INITIAL CASE MANAGEMENT ORDER

The Initial Case Management Order entered on July 30, 2018, is hereby amended to reflect that the Issues Resolved (Paragraph C) are jurisdiction and venue. All other aspects of the July 30, 2018 Order remain intact.

It is so **ORDERED:**

ENTERED this  22nd  day of    October   , 2018.

_____
ALETA A. TRAUGER

APPROVED FOR ENTRY:


s/ Christopher W. Cardwell_____
Christopher W. Cardwell, Esq.
Mary Taylor Gallagher, Esq.
GULLETT SANFORD ROBINSON & MARTIN PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
(615) 244-4994 (Telephone)
(615) 256-6339 (Facsimile)
ccardwell@gsrm.com
mtgallagher@gsrm.com

*Counsel for Plaintiff*


S/Dawn Jordan_____
Dawn M. Jordan, Esq.
Stephanie A. Bergmeyer, Esq.
Office of Tennessee Attorney General & Reporter
Civil Justice Section
P.O. Box 20207
Nashville, TN 37202
(615) 532-2500
dawn.jordan@ag.tn.gov
stephanie.bergmeyer@ag.tn.gov


*Counsel for Defendant*