UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BLEU COPAS, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:17-cv-01447 |
| ) | Judge Aleta A. Trauger |
| BILL LEE, in his official capacity as ) | |
| GOVERNOR OF THE STATE OF ) | |
| TENNESSEE, ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

For the reasons set out in the accompanying Memorandum, Bleu Copas's Motion for Summary Judgment (Docket No. 38) is hereby **DENIED**, and Lee's Motion for Summary Judgment (Docket No. 35) is hereby **GRANTED**. Bleu Copas's Establishment Clause claim is dismissed due to lack of standing.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 19th day of July 2019.

_____
ALETA A. TRAUGER
United States District Judge